IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHENS WHOLESALE BUILDING SUPPLY, | ) ) ) |
| PLAINTIFF, | ) ) |
| V. | ) CIVIL ACTION: 06-RRA-0329-E ) |
| CRUM & FORSTER INSURANCE COMPANY, et al. | ) ) ) |
| DEFENDANTS. | ) |

**Memorandum Opinion**

This case comes before the court on the motions for partial summary judgment filed by United States Fire Insurance Company. (Docs. 46 and 72)[1]. The plaintiff filed no response to the motions.

On August 22, 2007, the magistrate issued a report and recommendation. The time for objections to that recommendation has expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motions for partial summary judgment are due to be GRANTED. An appropriate order will be entered.

---

[1] The actual motion for Summary Judgment is document 46. Document 72 is a motion requesting that the court rule on document 46.

DONE this 14th day of September, 2007.

                                                    WILLIAM M. ACKER, JR.
                                                    UNITED STATES DISTRICT JUDGE