FILED
2008 Aug-08  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHENS WHOLESALE BUILDING SUPPLY, | ) ) ) |
| PLAINTIFF, | ) ) |
| V. | ) CIVIL ACTION: 06-RRA-0329-E ) |
| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) |
| DEFENDANTS. | ) ) |

### Memorandum of Opinion

This case comes before the court on the motion for summary judgment and declaratory judgment (Doc. 84) filed by United States Fire Insurance Company ("U.S. Fire"). The plaintiff did not file any response to this motion. On July 17, 2008, the magistrate issued a report and recommendation wherein he stated:

> Based on the foregoing, the evidence is undisputed that U. S. Fire fully performed all contractual duties under the terms of its insurance contract with respect to the property damage claim submitted following Hurricane Dennis and the property damage claim submitted following Hurricane Katrina. There being no genuine issue of material fact with respect to said claims, U. S. Fire is entitled to final judgment as a matter of law with respect to any and all matters made the basis of the claims submitted following Hurricanes Dennis and Katrina. Further, U.S. Fire is entitled to a declaration that it fully performed all contractual duties under the terms of its insurance contract with respect to the property damage claims submitted following Hurricane Dennis and Hurricane Katrina.

(Rep. and Rec. 5-6.) The time for objections to same has passed and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to

judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED, and a declaratory judgment is due to be entered.  An appropriate order will be entered.

Done this 7th day of August 2008.

/s/ L. Scott Coogler<br>
L. SCOTT COOGLER<br>
UNITED STATES DISTRICT JUDGE<br>
153671